▮ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MITCHELL TEXIDOR, Appellant. [21 NYS3d 894]—

Order, Supreme Court, New York County (Michael J. Obus, J.), entered June 25, 2013, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court's upward departure was a provident exercise of discretion. Clear and convincing evidence established aggravating factors that were not otherwise adequately taken into account by the risk assessment guidelines (*see e.g. People v Poole*, 105 AD3d 654 [1st Dept 2013], *lv denied* 21 NY3d 863 [2013]). The underlying sex crime was committed, under egregious circumstances, during a burglary, and defendant's background includes prior convictions for both a sex crime and a residential burglary. Defendant's pattern of misconduct displays a likelihood of recidivism that outweighs the mitigating factors he cites. Concur—Tom, J.P., Mazzarelli, Richter and Gische, JJ.